**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARIA CORDERO,

                Plaintiff,              19 **CIVIL** 315 (LTS)(BCM)

      -against-                    **JUDGMENT**

NANCY A. BERRYHILL, Commissioner of
Social Security,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 3, 2020, the Court has reviewed the parties' submissions carefully and Judge Moses's Report is adopted in its entirety. Plaintiff's motion for summary judgment is denied, and Defendant's motion for judgment on the pleadings is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          December 4, 2020

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         **BY:**     *K. Mango*
                                                **Deputy Clerk**